1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| PRESTON EUGENE RICHARDSON, | CASE NO. 2:25-cv-00206-DGE-TLF |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 22) |
| v. | |
| WHATCOM COUNTY JAIL et al., | |
| Defendant. | |

The Court, having reviewed de novo the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Theresa L. Fricke (Dkt. No. 22) and the remaining record, and there being no objections, does hereby find and ORDER:

1. The R&R (Dkt. No. 22) is ADOPTED;

2. Plaintiff's motion to proceed in forma pauperis ("IFP") is DENIED; and

3. Plaintiff's proposed complaint is DISMISSED without prejudice.

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Theresa L. Fricke.

Dated this 25th day of November 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 22) - 2